COMMONWEALTH of Pennsylvania, Respondent

v.

**Dallas R. VAVRA, Petitioner**

**No. 43 MAL 2017**

Supreme Court of Pennsylvania.

June 12, 2017

## ORDER

PER CURIAM

**AND NOW,** this 12th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

**Vernon Donate DUNCAN, Petitioner**

**No. 8 WAL 2017**

Supreme Court of Pennsylvania.

June 14, 2017

## ORDER

PER CURIAM

**AND NOW,** this 12th day of June, 2017, the Petition for Allowance of Appeal and Application for Appointment of Counsel are **DENIED.**

**Beniah M. NWANKWO, Petitioner**

v.

**BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS, STATE BOARD OF MEDICINE, Respondent**

**No. 5 MAL 2017**

Supreme Court of Pennsylvania.

June 12, 2017

## ORDER

PER CURIAM

**AND NOW,** this 14th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**